# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DEBRA LYNN BALES                                                                       PLAINTIFF

V.                                        NO. 3:10CV00004 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 10th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE